# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

JUDGMENT IN A CIVIL CASE

**EDWARD WEAVER,**

CASE NO: **2:07-CV-01169 GEB GGH**

V.

**ZWICKER ASSOCIATES, P.C., ET AL.,**

<u>XX</u> JUDGMENT is hereby entered pursuant to the Notice of Acceptance of Offer of Judgment filed by plaintiff Edward Weaver on July 23, 2007.

**Victoria C. Minor**
Clerk of Court

ENTERED: **October 26, 2007**

By: <u>/s/ D. Waggoner</u>
Deputy Clerk